1                                Judge Mary Alice Theiler

2

3                   \_\_\_\_\_ FILED    \_\_\_\_\_ ENTERED

                  \_\_\_\_\_ LODGED   \_\_\_\_\_ RECEIVED

4

                        JUN 1 0 2003

5

6                        AT SEATTLE

              CLERK U.S. DISTRICT COURT

          WESTERN DISTRICT OF WASHINGTON

          BY _____ DEPUTY

7              UNITED STATES DISTRICT COURT

          WESTERN DISTRICT OF WASHINGTON

8                     AT SEATTLE

| | | |
|---|---|---|
| 9 UNITED STATES OF AMERICA, | ) | MAGISTRATE'S DOCKET NO. |
| 10          Plaintiff, | ) | CASE NO.  03 - 332 M |
| 11      v | ) | COMPLAINT for VIOLATION U.S C. Title 18 |
| 12 PAUL REVAK, | ) | Sections 373(a) & 2332a(2) & (3) |
| 13          Defendant | ) | |

14

15 BEFORE, Mary Alice Theiler, United States Magistrate Judge,
1010 Fifth Avenue, Seattle, Washington

16

                      COUNT ONE

17         (Solicitation to Commit a Crime of Violence)

18      Beginning on or about May 9, 2003, and continuing through on or about June 9,

19 2003, at Bellingham, within the Western District of Washington, PAUL REVAK, with

20 intent that another individual engage in conduct constituting a felony that has as an

21 element the use of physical force against the person and property of another, in

22 violation of the laws of the United States, did solicit, command, induce and endeavor to

23 persuade that individual to engage in such conduct, that is, to create and use weapons

24 of mass destruction against United States citizens in a manner which would affect

25 interstate and foreign commerce, and against property owned, leased or used by an

26 //

27 //

28

      M 03 00332 #00000001

---

COMPLAINT/REVAK — 1

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  agency or department of the United States, in violation of Title 18, United States Code,

2  Section 2332a(2) & (3).

3      All in violation of Title 18, United States Code, Section 373(a)

### COUNT TWO
(Threats to Use a Weapon of Mass Destruction)

Beginning on or about May 9, 2003, and continuing through on or about June 9,

2003, at Bellingham, within the Western District of Washington, PAUL REVAK,

without lawful authority, did knowingly threaten to use a weapon of mass destruction,

that is, an explosive bomb, against persons within the United States in a manner which

would have affected interstate and foreign commerce, and against property owned,

leased or used by an agency of the United States.

All in violation of Title 18, United States Code, Section 2332a(2) & (3).

The undersigned complainant being duly sworn states:

1      I have been employed as a Special Agent of the Federal Bureau of

Investigation (FBI) for the past twenty-one years.  I am currently assigned to the

Bellingham, Washington Resident Agency.  This affidavit is based upon an

investigation conducted by other law enforcement personnel and me into the activities

of PAUL REVAK.

2.      Beginning on May 21, 2003, and up until June 9, 2003, I have been in

contact with a student at Western Washington University (WWU) who has been

cooperating with the FBI in an investigation of a fellow student at WWU named PAUL

REVAK.

3.      On May 21, 2003, this student told me that on May 9, 2003, REVAK

solicited this student to join him in a plan to bomb the United States Coast Guard

(USCG) station at Bellingham, Washington.   According to the student, REVAK is a

self-proclaimed anarchist who is planning a "revolution" against the Government of the

United States, and he believes the bombing of the USCG Station in Bellingham will

"make a statement" and "have an impact" on starting the revolution.

COMPLAINT/REVAK — 2

1      4.    This student told me that REVAK drew a diagram of the USCG station

2 while he was explaining his plan to the student, and that he then drove the student to

3 the USCG station where he pointed out what he perceived to be a weak point in the

4 fence around the facility.  REVAK told the student where he would place the bomb,

5 and said that he would go inside the station and kill the "desk jockeys" with an

6 automatic weapon after the bomb attack.

7      5.    REVAK told the student that he had been looking at assault rifles for sale

8 at pawn shops in the Bellingham area, and that he planned to use the explosive known

9 as C-4 to construct his bombs.

10      6.    The student further told me that on May 13, 2003, REVAK gave the

11 student a copy of his "manifesto" to read.  On June 5, 2003, the student provided me

12 with a copy of this document.  After an introduction that criticizes the United States

13 Government, the document reads: "So let this be our declaration of war.  The argument

14 has been made ... if you do not like it here, go somewhere else.  Nay, there is another

15 option· the option of unrest, protest, and if need be, revolution "  The document goes

16 on to say,  "You need not worry about Osama or Saddam or the boogeymen, but if you

17 are part of this empire, you should fear us.  Our will is strong, our message is just, and

18 we will prevail."

19      7.    This document was computer-generated, and the student told me that

20 REVAK does have a computer in his dormitory room at Mathis Hall   Pursuant to an

21 order issued by the Western District of Washington on June 3, 2003, WWU has

22 disclosed to me that REVAK resides in room 605 at Mathis Hall, on the campus of

23 Western Washington University, and that he does have a computer in his room at

24 Mathis Hall.

25      8    According to the student, REVAK originally asked the student to be an

26 actual participant with him in the planned attacks.  The student told REVAK the student

27 could not be part of an attack where individuals were going to be killed, and the student

28 attempted to dissuade REVAK from this plan.  REVAK then asked the student to

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1 | handle the "logistics" toward implementing the planned attacks. When it became
2 | apparent to the student that REVAK was not going to be talked out of his plan, the
3 | student reported REVAK to law enforcement authorities. The student agreed to
4 | continue meeting with REVAK and to advise law enforcement officials of REVAK's
5 | actions.

6 | 9      At my direction, on May 30, 2003, this student again met with REVAK
7 | After the meeting, the student reported to me that REVAK told the student he had now
8 | decided to target a National Guard Armory for attack instead of the USCG station.
9 | REVAK went onto the Internet from a computer at the WWU student union and
10 | exhibited to the student satellite photographs of this National Guard facility. REVAK
11 | did not identify the location of this facility during this meeting.

12 | 10.    REVAK and the student then went to the student's apartment and had
13 | further discussions about his plans. REVAK told the student that he had identified a
14 | point in the fence line surrounding the facility where he could cut the fence and drive a
15 | rented truck through the fence, possibly with an ammonium nitrate bomb. REVAK
16 | implied to the student that he had driven past this facility to inspect it. He further told
17 | the student that he expected to have to kill two or three guards to carry out this attack.

18 | 11.    At my direction, on June 3, 2003, the student again met with REVAK at
19 | the student's apartment. This meeting was audio and video recorded by equipment
20 | installed by the FBI. I have reviewed this recording and discussed this meeting with
21 | the student   REVAK again discussed his plans to attack a military installation with a
22 | plastique explosive known as C-4.  REVAK and the student then went onto the Internet
23 | and viewed an article about Osama Bin Laden, and REVAK stated words to the effect
24 | of, "I hate to say it, but I would be in the same ranks as that son of a bitch. Even
25 | though he took out 3,000 Americans, I'd probably be doing the same thing."

26 | 12.    On June 5, 2003, the student, REVAK and an undercover agent met at the
27 | student's apartment. This meeting was audio and video recorded.  I have discussed this
28 | meeting with the undercover agent and I have reviewed the recording of this meeting

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  REVAK asked the undercover agent about obtaining or making C-4.  REVAK then

2  asked the undercover agent about obtaining hand grenades, which REVAK described

3  with words to the effect of, "more of a tactical level rather than it is a strategic  . ., if

4  you f_ _ k–up, then you need to throw something.  I can see maybe two  .   I don't

5  plan on screwing up that bad … it's a lightly guarded target, it's twenty vehicles; you

6  come in through the woods, you cut the fence, and you get the hell out of there as soon

7  as possible, so if somebody comes out you . . . "   REVAK then told the undercover

8  agent that he had been looking at an "AK" (AK-47 assault rifle) at a Bellingham

9  pawnshop but that it had already been sold.  Prior to this meeting, on June 5, 2003, an

10  FBI surveillance team observed REVAK looking at guns at the Big 5 sporting goods

11  store in Bellingham, after he was observed walking up to a pawnshop on Railroad

12  Avenue in Bellingham

13      13.  REVAK then told the undercover agent that he had driven by the

14  industrial complex in Whatcom County known as Cherry Point, and REVAK

15  commented with words to the effect of, "I drove by there, I was like, God, so friggin'

16  tempting."  There is an oil refinery and two large liquid natural gas and liquid propane

17  storage tanks at Cherry Point, as well as other industry.  REVAK then confirmed to the

18  undercover agent that he had targeted the USCG station in Bellingham, but had decided

19  against that attack in favor of an attack where there would not be as many casualties.

20  REVAK did tell the undercover agent that the USCG had four boats in Bellingham, "an

21  87, two 41's, and a 27."  This description of the USCG vessels in Bellingham is

22  accurate.  On June 1, 2003, an FBI surveillance team observed REVAK drive by the

23  USCG facility, turn around and pass by it again.

24      14  REVAK then confirmed to the undercover agent that he had targeted the

25  national guard facility in Bellingham, Washington.  REVAK said words to the effect of,

26  "If you really wanted to get really freaking gutsy there's also the air national guard

27  one.  That's bigger."  The Washington Air National Guard is directly across the street

28  from the Army National Guard, immediately next to the Bellingham International

COMPLAINT/REVAK — 5

1    Airport. REVAK described vehicles that he had seen at the facility, and told the

2    undercover agent that he had "everything he needed except the weapons."

3       15.    On June 8, 2003, late at night, an FBI surveillance team observed

4    REVAK drive to the area of both national guard facilities near the Bellingham

5    International Airport, then turn his car around on a roadway directly in front of the

6    Washington Air National Guard facility. REVAK conducted no other business in that

7    area at that time.

8       16    REVAK then asked the undercover agent if he had heard of John Brown,

9    and REVAK went on to explain that in 1857, John Brown had staged a raid at Harper's

10    Ferry, West Virginia. REVAK explained that attack started the American Civil War.

11    REVAK then said words to the effect of, "Do you know how fucking exciting it would

12    be to take Whitbey (Whitbey Island Naval Air Station), all those EP-3's sitting there on

13    the tarmac. I would be like a kid in a candy store."

14       17.    On June 9, 2003, REVAK was telephoned by the cooperating student.

15    REVAK advised the student that he was starting to distrust the other individual (the

16    undercover agent), and that he was planning to purchase a pellet gun for his own

17    protection because that was the best he could do at this time. Special Agents on

18    surveillance of REVAK observed him enter a Fred Meyer Store in Bellingham and

19    purchase a pellet gun that is a replica of a semi-automatic pistol. When he came out of

20    the store, REVAK was placed under arrest. A federal search warrant was then

21    executed on REVAK's dorm room at Western Washington University. In a gym bag

22    under REVAK's bed, special agents found two camouflage hats, camouflage face paint,

23    two pairs of black gloves, a black ski mask, a walkie-talkie radio and a pair of bolt

24    cutters.

25       18.    The USCG station in Bellingham and the Whidbey Island Naval Air

26    Station on Whidbey Island are facilities owned and used by the United States

27    Government. The USCG station falls under the direction of the Department of

28    Homeland Security, and the Whidbey Island Naval Air Station falls under the command

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1   of the Department of Defense.  The industrial complex at Cherry Point contains a

2   number of oil refineries where vessels from Alaska off-load their shipments of crude

3   oil.  These shipments of crude oil are then refined, processed and stored for eventual

4   distribution in the commercial market.  The Washington Air National Guard and the

5   Washington Army National Guard are considered to be agencies of the State of

6   Washington, but an attack on either of these facilities would have a profound effect on

7   interstate and foreign commerce.  According to FBI experts, such an attack would

8   require the immediate closure of the Bellingham International Airport because both

9   guard facilities are located next to the airport.  Furthermore, both guard facilities utilize

10  equipment and supplies purchased by the United States Government in interstate

11  commerce and supplied to the State of Washington.

JAMES T  POWERS, Complainant
Federal Bureau of Investigation,

Complaint and affidavit sworn to before me and subscribed in my

presence, _____ 10, 2003 _____, 2003

MARY ALICE THEILER
United States Magistrate Judge

COMPLAINT/REVAK — 7