Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

July 9, 20 03

BRUCE RIFKIN, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PAUL DOUGLAS REVAK, ) <br> ) <br> Defendant. ) <br> ) | NO. CR03-291 RSL <br><br> INDICTMENT <br><br> 03-CR-00291-INDI |

The Grand Jury charges that:

### COUNT ONE
(Solicitation to Commit a Crime of Violence)

Beginning on or about May 9, 2003, and continuing through on or about June 9, 2003, at Bellingham, within the Western District of Washington, PAUL DOUGLAS REVAK, with intent that another individual engage in conduct constituting a felony that has as an element the use of physical force against the person and property of another, in violation of the laws of the United States, did solicit, command, induce and endeavor to persuade that individual to engage in such conduct, that is, to create and use weapons of mass destruction against United States citizens in a manner which would affect interstate and foreign commerce, and against property owned, leased or used by an agency or department of the United States, in violation of Title 18, United States Code, Section 2332a(2) & (3).

All in violation of Title 18, United States Code, Section 373(a).

## COUNT TWO
(Threats to Use a Weapon of Mass Destruction)

Beginning on or about May 9, 2003, and continuing through on or about June 9, 2003, at Bellingham, within the Western District of Washington, PAUL DOUGLAS REVAK, without lawful authority, did knowingly threaten to use a weapon of mass destruction, that is, an explosive bomb, against persons within the United States in a manner which would have affected interstate and foreign commerce, and against property owned, leased or used by an agency of the United States.

All in violation of Title 18, United States Code, Section 2332a(2) & (3).

A TRUE BILL:

DATED: 9 July 2003

_____
FOREPERSON

_____
JOHN McKAY
United States Attorney

_____
CARL BLACKSTONE
Assistant United States Attorney

_____
ANDREW R. HAMILTON
Assistant United States Attorney

_____
KARYN S. JOHNSON
Assistant United States Attorney

INDICTMENT/REVAK - 2