```
                                              _____ FILED      _____ ENTERED
                                              _____ LODGED     _____ RECEIVED

                                                    SEP 19 2003

                                                       AT SEATTLE
                                                 CLERK U.S. DISTRICT COURT
                                              BY WESTERN DISTRICT OF WASHINGTON
                                                                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR03-291L |
|     Plaintiff, ) | SUPERSEDING INFORMATION |
| v. ) | |
| PAUL DOUGLAS REVAK, ) | |
|     Defendant. ) | |

The United States Attorney charges that:

On or about June 5, 2003, at Bellingham, within the Western District of Washington, PAUL DOUGLAS REVAK attempted to receive in interstate commerce explosive materials, that is, C-4 plastique explosives, with knowledge and intent that said explosive materials would be used to damage real property.

//
//
//

03-CR-00291-INFO

INFORMATION/REVAK 1
CR03-291L

1  All in violation of Title 18, United States Code, Section 844(d).

3  DATED this 19th day of September, 2003.

*[signature]*
JOHN McKAY
United States Attorney

*[signature]*
CARL BLACKSTONE
Assistant United States Attorney

*[signature]*
ANDREW R. HAMILTON
Assistant United States Attorney

*[signature]*
KARYN S. JOHNSON
Assistant United States Attorney

INFORMATION/REVAK 2
CR03-291L