Judge Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.   CR03-00291L |
| Plaintiff, ) | |
| ) | |
| v. ) | GOVERNMENT'S SENTENCING |
| ) | MEMORANDUM |
| PAUL DOUGLAS REVAK, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The United States of America, by and through John McKay, United States Attorney for the Western District of Washington, and Andrew R. Hamilton and Karyn Johnson, Assistant United States Attorneys for said District, files this sentencing memorandum on behalf of the Government.

Mr. Revak is before the Court to be sentenced on one count of Attempted Receipt of Explosives in violation of Title 18, United States Code, Section 844(d). The United States has had the opportunity to read the Presentence Report (PSR) done by U.S. Probation Officer Luscher. We agree with the statement of facts set out in the PSR, and with one exception which will be explained below, agree with P.O. Luscher's guideline calculations.

This has been a very difficult case. It has raised a number of substantial safety concerns for this community. It has raised questions about Mr. Revak's emotional and mental well-being. It is a case where the plea agreement reached by the parties has not been well-received by some law enforcement members. It is very clear that Mr. Revak

GOVERNMENT'S SENTENCING
MEMORANDUM/REVAK— 1
CR03-291L

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

has already received a substantial benefit through the entry of this plea, particularly in light of the severity of the charges in the original indictment. Because of all of these factors, and out of an abundance of caution, the Government respectfully requests that the Court sentence Mr. Revak to the high end of the applicable sentencing guideline, to be followed by a substantial period of supervision.

This matter first came to the attention of the authorities when a student at Western Washington University became alarmed at Defendant's stated plans to bomb a U.S. Coast Guard facility in Bellingham, Washington. At the urging of the Federal Bureau of Investigation, the student went back to Mr. Revak under the guise of pretending to help him, learned more about Mr. Revak's plans, and even introduced an undercover police officer to him. If it was not for the courageous actions of this cooperating student, this matter might have turned out far worse.

It is important to note that Mr. Revak did far more than just talk and "fantasize" about acts of violence. He made concrete plans to blow up government facilities. He drove by these facilities late at night to scope them out, and he pulled up satellite photos of these facilities on his computer. He drew up a manifesto of action and tried to recruit other students to join him in his plan. He went to various gun stores to shop for firearms. He met with an individual whom he thought would provide him with C-4 plastique explosives to be used in this plot. At the time of his arrest, he had bolt-cutters, smoke fireworks, camouflage paint and camouflage clothing in his possession. He stated that he knew government workers would be killed in this plot. This was far more than a student merely criticizing the policies of an unpopular administration. This was criminal conduct that threatened the lives of other individuals.

The United States requests that the Court apply the two-level enhancement under U.S.S.G. § 2K1.3 to Mr. Revak. This enhancement applies when a defendant knew or had reason to believe that the explosives involved were stolen. As P.O. Luscher has pointed out in the PSR, the confidential informant advised Revak that the person he was

GOVERNMENT'S SENTENCING
MEMORANDUM/REVAK— 2
CR03-291L

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1  going to meet had military experience and could possibly provide him with C-4. The
2  confidential informant said that servicemen are able to walk off military bases with
3  C-4. During the meeting between Revak and the undercover officer, the officer told
4  Revak that he could obtain small quantities of C-4. He also told Revak that he could
5  provide him with a recipe and show him how to make the C-4. During the meeting,
6  Revak also asked the undercover officer for two hand grenades to be used for "tactical
7  purposes." Revak wanted the hand grenades to throw "if he screwed up."
8       The United States contends that these facts are sufficient for the two-level
9  enhancement. There is no question that Revak would have accepted the C-4 plastique
10 whether it was manufactured from a recipe or stolen from the military. He also wanted
11 two hand grenades, which he clearly knew could not have been manufactured from a
12 recipe off the computer. Revak had reason to believe that the explosives he hoped to
13 acquire from the undercover officer would have been stolen from the military.
14      If the Court imposes this enhancement, Mr. Revak's offense level will be
15 fourteen. He should receive a two level reduction for acceptance of responsibility. With
16 a net offense level of twelve and a criminal history of one, Mr. Revak's guideline range
17 is 10 to 16 months. The Government requests that the Court sentence Mr. Revak to 16
18 months in custody, to be followed by three years of supervised release. The
19 Government strongly urges that one of his requirements of supervision is that he attend
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

GOVERNMENT'S SENTENCING
MEMORANDUM/REVAK— 3
CR03-291L

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

1. and participate in mental health counseling.

2.     DATED this 26th day of November, 2003.

Respectfully submitted,

JOHN McKAY
United States Attorney

s/ANDREW R. HAMILTON
ANDREW R. HAMILTON
Assistant United States Attorney
WA Bar # 8312
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA 98101-3903
Telephone: (206) 553-4402
Fax: (206) 553-0755
E-mail: andrew.hamilton@usdoj.gov

s/ KARYN JOHNSON
KARYN JOHNSON
Assistant United States Attorney
WA Bar # 28857
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, WA 98101-3903
Telephone: (206) 553-2462
Fax: (206) 553-0755
E-mail: karyn.johnson@usdoj.gov

GOVERNMENT'S SENTENCING
MEMORANDUM/REVAK— 4
CR03-291L

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2003, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

s/JANET K. VOS
Janet K. Vos
Paralegal Specialist
United States Attorney's Office
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
Phone: (206) 553-5041
FAX:   (206) 553-0755
E-mail: Janet.Vos@usdoj.gov

GOVERNMENT'S SENTENCING
MEMORANDUM/REVAK— 5
CR03-291L

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970