PROB 35
(4/81)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# United States District Court
## for the
## Western District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 2:03CR00291 |
| ) | |
| PAUL DOUGLAS REVAK ) | |

On 12/05/03 the above-named offender was placed on probation for a period of <u>five</u> years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

Angela M. McGlynn
U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this ____4th____ day of ____February____, 2008.

Robert S. Lasnik
Chief United States District Judge

93-CR-00291-APPR